1018

JACK L. GILBERT et al., Appellants, v. NORMAN D. CLARK et al., Respondents.

Appeal from a judgment of the Superior Court for Grant County, No. 21463, Felix Rea, J., entered January 26, 1973. Affirmed by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

THE STATE OF WASHINGTON, Respondent, v. WILLIAM IRVING JOHNS, Appellant.

Appeal from a judgment of the Superior Court for Franklin County, No. 2872, Richard G. Patrick, J., entered November 3, 1972. Affirmed by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

HELEN F. TOMBROPOULOS, Respondent, v. ELIAS GEORGE TOMBROPOULOS, Appellant.

Appeal from a judgment of the Superior Court for Benton County, No. 25951, John T. Day, J., entered October 12, 1972. Affirmed by unpublished per curiam opinion.

PATRICIA A. WALKER, Appellant, v. THE DEPARTMENT OF LABOR AND INDUSTRIES et al., Respondents.

Appeal from a judgment of the Superior Court for King County, No. 731108, Frank Howard, J., entered October 6, 1972. Affirmed by unpublished opinion per Williams, J., concurred in by James and Callow, JJ.